FILED
11-15-2023
CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE, FLORIDA

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.                                                      CASE NO.  3:23-cr-155-HLA-MCR
                                                        18 U.S.C. § 1343
JAMES WIGG

## INDICTMENT

The Grand Jury charges:

## COUNTS ONE AND TWO
## (WIRE FRAUD)

### A.    Introduction

At all times relevant to this Indictment:

1.      Valley National Bank was a lending institution that among other
services assisted businesses in accessing the Small Business Administration
Paycheck Protection Program.

2.      Valley National Bank utilized and accessed computer servers/data
centers outside of the state of Florida, as part of conducting nationwide business
operations and accessing.

3.      Beachway Restaurants, LLC ("Beachway") was incorporated in the
state of Florida on October 25, 2017. JAMES WIGG and Individual-1 (a relative
of WIGG) were listed as the authorized persons for Beachway, with a principal
address of 45 Cubbedge Road, St. Augustine, Florida 32080. Beachway was the

operator of The South Beach Grill located at that same address. Beachway (via JAMES WIGG) applied for two Paycheck Protection Program loans related to The South Beach Grill. The first application was electronically submitted to Valley National Bank on May 7, 2020 (loan ending 7308 for $310,497.00). The second application was electronically submitted to Valley National Bank from the Middle District of Florida on February 3, 2021 (loan ending 8405 for $408,499.00).

4.      Beachway Restaurants 2, LLC ("Beachway 2") was incorporated in the state of Florida on September 28, 2018. JAMES WIGG was the sole authorized person for Beachway 2, with a principal address of 209 Cantabria Way, Unit 201, St. Augustine, Florida 32086. Beachway 2 was the operator of Santo's Pizza of Jensen Beach, located at 1319 NE Sunview Terrace, Jensen Beach, Florida 34957. Beachway 2 (via JAMES WIGG) applied for a Paycheck Protection Program loan related to Santo's Pizza. The application was electronically submitted to Valley National Bank from the Middle District of Florida on May 7, 2020 (loan ending 7401 for $67,602.00).

**The Small Business Administration**

5.      The United States Small Business Administration ("SBA") was an executive branch agency of the United States government that provided support to entrepreneurs and small businesses.

2

6.     The SBA enabled and provided for loans through banks, credit unions, and other lenders. These loans had government-backed guarantees. In addition to traditional SBA funding programs, The CARES Act established several new temporary programs and provided for the expansion of others to address the COVID-19 outbreak.

### The Paycheck Protection Program

7.     One of the new programs was the SBA Paycheck Protection Program ("PPP"), which was a loan designed to provide a direct incentive for small businesses to keep their workers on the payroll. Under this program, the SBA could forgive all or part of loans, if employees were kept on the payroll for eight weeks and borrowers submitted documentation confirming that the loan proceeds were used for certain qualifying business expenses (i.e., payroll, rent, mortgage interest, or utilities). The PPP forgiveness process required the applicant to electronically submit a PPP Loan Forgiveness Application Form, a SBA Form 3508S.

8.     The PPP application process required interested applicants to electronically submit a Borrower Application Form, a SBA Form 2483. The application contained information as to the purpose of the loan, average monthly payroll, number of employees, and background of the business and its owner. Applicants were also required to make certain good faith certifications, including

3

that economic uncertainties had necessitated their loan requests for continued business operations, and that they intended to use loan proceeds only for the authorized purposes.

9.      Further, when submitting the SBA Form 2483, the authorized representative certified his understanding that, should the PPP funds be knowingly used for unauthorized purposes, the United States could hold him legally liable, including for charges of fraud. The applicant was also required to certify the truth and accuracy of any information provided on the SBA Form 2483 and in all supporting documents, to include any documents intended to verify the applicant's payroll expenses. The applicant was required to certify an understanding that knowingly making a false statement to obtain a guaranteed loan from the SBA is punishable under the law and subject to criminal penalties.

## B. The Scheme and Artifice

10.      Beginning on an unknown date, but no later than in or around May 2020, and continuing through at least in or around February 2021, in the Middle District of Florida and elsewhere, the defendant,

JAMES WIGG,

knowingly devised and intended to devise a scheme and artifice to defraud, and to obtain money and property by means of materially false and fraudulent pretenses, representations, and promises.

4

## C. Manner and Means of the Scheme and Artifice

11.     The manner and means by which the defendant sought to accomplish the scheme to defraud included, among others, the following:

a.      It was part of the scheme and artifice that in May 2020, the defendant would and did fraudulently complete and electronically submit a SBA Form 2483 (a PPP Borrower Application Form) for Beachway 2 with quarterly earnings statements from 2019 for purposes of applying for a PPP loan to which he was not entitled;

b.      It was further a part of the scheme and artifice that when fraudulently completing the SBA Form 2483 for the Beachway 2 loan in May 2020, the defendant would and did list the then number of employees for Beachway 2 (Santo's Pizza) as 25, when in fact the Re-employment Assistance Tax was inactived and showing 0 employees for Beachway 2 in March 2020;

c.      It was further a part of the scheme and artifice that when fraudulently completing the SBA Form 2483 for the Beachway 2 loan in May 2020, the defendant would and did list the then average monthly payroll of Beachway 2 as $27,041, corresponding to a loan amount of $67,602.00;

d.      It was further a part of the scheme and artifice that when fraudulently completing and electronically submitting the SBA Form 2483 for the Beachway 2 loan in May 2020, the defendant would and did certify that the funds

5

would be used to retain workers and maintain payroll or make lease payments, and utility payments, as specified under the PPP Rule, when if fact they were not;

        e.      It was part of the scheme and artifice that in February 2021, the defendant would and did fraudulently complete and electronically submit a SBA Form 2483 for a second draw for Beachway (The South Beach Grill) for purposes of applying for a second draw on the Beachway PPP loan to which he was not entitled;

        f.      It was further a part of the scheme and artifice that when fraudulently completing the SBA Form 2483 for the second Beachway loan draw in February 2021, the defendant would and did list the then number of employees as 65, when in fact the actual number of employees at the time of the second draw request was 0;

        g.      It was further a part of the scheme and artifice that when fraudulently completing the SBA Form 2483 for the second draw on the Beachway loan in February 2021, the defendant would and did list the then average monthly payroll of Beachway as $116,714.00, corresponding to a loan amount of $408,499.00;

        h.      It was further a part of the scheme and artifice that when fraudulently completing and electronically submitting the SBA Form 2483 for the second draw on the Beachway loan in February 2021, the defendant would and

6

did certify that the funds would be used to retain workers and maintain payroll or make payments for rent, utilities, covered operations expenditures, covered property damage costs, covered supplier costs, and covered worker protection expenditures as specified under the PPP Rules, when if fact they were not;

      i.     It was further a part of the scheme and artifice that the defendant would and did provide financial institution account information into which the fraudulently-obtained PPP funds would be transferred via a ACH payment / wire transfer for the Beachway 2 loan and the second draw for the Beachway loan;

      j.     It was further a part of the scheme and artifice that the defendant would and did cause a SBA Participating Lender through their bank to send PPP loan proceeds via a ACH payment / wire transfer to the defendant's bank account at Valley National Bank for the Beachway 2 loan and the second draw for the Beachway loan;

      k.     It was further a part of the scheme and artifice that the defendant would and did retain proceeds for the defendant's personal enrichment from the Beachway 2 loan and the second draw for the Beachway loan, including (i) transfers to the defendant's personal accounts at VyStar Credit Union and Valley National Bank, (ii) transfers to the defendant's investment accounts with RJ O'Brien & Associates and TD Ameritrade, (iii) payment on a balloon note

that became due on a chattel mortgage unrelated to authorized PPP loan expenditures;

        1.     It was further a part of scheme and artifice that the defendant would and did perform acts, and make statements to promote and achieve the object of the scheme and artifice and to misrepresent, hide, and conceal, and cause to be misrepresented, hidden, and concealed, the purpose of the scheme and artifice and the acts committed in furtherance thereof.

### D. Execution of the Scheme and Artifice

        12.    On or about the dates listed below, in the Middle District of Florida and elsewhere, for the purpose of executing the above-described scheme and artifice to defraud, and for obtaining money and property by means of materially false and fraudulent pretenses, representations, and promises,

JAMES WIGG,

the defendant herein, did knowingly transmit, cause to be transmitted, and aid and abet the transmission of, the following writings, signs, signals, pictures, and sounds, by means of wire communication in interstate commerce:

| COUNT | DATE | WIRE COMMUNICATION |
|-------|------|--------------------|
| ONE | May 7, 2020 | Docusign electronic submission of the SBA Form 2483 (a PPP Borrower Application Form) for Beachway 2 loan in the amount of $67,602.00 through Valley National Bank |

| TWO | February 3, 2021 | Docusign electronic submission of the SBA Form 2483 (a PPP Borrower Application Form) for the second draw for the Beachway loan in the amount of $408,499.00 through Valley National Bank |
|---|---|---|

All in violation of 18 U.S.C. § 1343.

## FORFEITURE

1.      The allegations contained in Counts One and Two are incorporated by reference for the purpose of alleging forfeiture pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c).

2.      Upon conviction of a violation of 18 U.S.C. § 1343, the defendant shall forfeit to the United States, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), any property, real or personal, which constitutes or is derived from proceeds traceable to the violation.

3.      The property to be forfeited includes, but is not limited to, approximately $309,423.15 which represents the proceeds that defendant obtained as a result of the violation.

4.      If any of the property described above, as a result of any act or omission of the defendant:

a.      cannot be located upon the exercise of due diligence;

b.      has been transferred or sold to, or deposited with, a third party;

9

       c.      has been placed beyond the jurisdiction of the court;

       d.      has been substantially diminished in value; or

       e.      has been commingled with other property which cannot be

divided without difficulty,

the United States shall be entitled to forfeiture of substitute property pursuant to

21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c).



ROGER B. HANDBERG
United States Attorney

By: _____
TYSEN DUVA
Assistant United States Attorney

By: _____
MICHAEL J. COOLICAN
Assistant United States Attorney
Deputy Chief, Jacksonville Division

FORM OBD-34
11/9/23 Revised

No.

## UNITED STATES DISTRICT COURT
### Middle District of Florida
#### Jacksonville Division

### THE UNITED STATES OF AMERICA

vs.

### JAMES WIGG

### INDICTMENT

Violations: 18 U.S.C. § 1343



Filed in open court this **15th** day

of November, 2023.

_____ Angela Leucher
Clerk

Bail   $_____